# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **SAN FRANCISCO**

**FILED**
NOV 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

CARLOS GARRIDO
aka "Tweety."

E-filing

CR 07 0754 PJH

DEFENDANT.

## INDICTMENT

Title 18, United States Code, Section 922(g)(5)(A) -
Alien in Possession of a Firearm

---

A true bill.

_INDICT_
——————————— Foreman

Filed in open court this __29__ day of __Nov,__
__2007__

——————————— Clerk

Bail, $ _No bail warrant_

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 29 2007
RICHARD W. WI[EKING]
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

18 U.S.C. 922(g)(5)(A) - alien in possession of a firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

**PENALTY:**
10 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

**DEFENDANT - U.S.**

▶ CARLOS GARRIDO a/k/a "Tweety"

**DISTRICT COURT NUMBER**

CR 07 0754 PJH

---

**PROCEEDING**

**Name of Complainant Agency, or Person (&Title, if any)**
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**    SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**    [signature] Recs & Trial Attorney Carlos Acosta

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

FILED
NOV 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>v.<br>CARLOS GARRIDO,<br>   aka "Tweety."<br>   Defendant. | CR 07 0754 PJH<br><br>VIOLATION: Title 18, United States Code, Section 922(g)(5)(A) – Alien in Possession of a Firearm<br><br>SAN FRANCISCO VENUE |

### INDICTMENT

The Grand Jury charges:

On or about February 25, 2006, in the Northern District of California, the defendant,

CARLOS GARRIDO,

being an alien illegally and unlawfully in the United States, did knowingly possess a firearm, to wit, a High Standard .22 caliber handgun, Serial No. 1823247, in and affecting commerce, in

//
//
//
//
//
//

INDICTMENT

1  violation of Title 18, United States Code, Section 922(g)(5)(A).

2

3  DATED:                                          A TRUE BILL.

4  11-29-07

5                                                  /s/ Foreperson
                                                   FOREPERSON
6

7  SCOTT N. SCHOOLS
   United States Attorney
8

9

10 JAMES T. CHOU
   Chief, Organized Crime Strike Force Section
11

12

13 (Approved as to form: ___/s/___ )
                         AUSA REES
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                          2