| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 07 | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Wings Hom | | | REPORTER/FTR<br>10:45-10:52 | |
| MAGISTRATE JUDGE<br>MARIA-ELENA JAMES | | DATE<br>February 19, 2008 | | | NEW CASE<br>2008 FEB 19 | CASE NUMBER<br>CR07-0754 PJH |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>Carlos Garrido | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Eric Hairston- provisionally | | PD ☒ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Laura Gwynn | | INTERPRETER<br>Melinda Basker - Spanish | | ☒ FIN. AFFT<br>SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Josh Libby | | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL ☐ | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ INITIAL APPEAR | ☐ | PRELIM HRG | ☐ | MOTION | ☐ JUGM'T & SENTG | ☐ | STATUS |
| ☐ I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ | BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ | OTHER |
| ☐ DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ PROB. REVOC. | ☐ | ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | | | |
|---|---|---|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ | ADVISED OF CHARGES | ☐ | NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: |

| ARRAIGNMENT | | | | |
|---|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED | |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | | |
|---|---|---|---|---|---|
| TO:<br>2-22-08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET | |
| AT:<br>9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ CHANGE OF PLEA | ☐ OTHER | |
| BEFORE HON.<br>MEJ | ☒ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING | |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING | |

**ADDITIONAL PROCEEDINGS**

and to set on PJH calendar

cc: Brenda, Nichole

DOCUMENT NUMBER: