# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date: March 5, 2008**                                    **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-07-0754 PJH**

**Case Name:    UNITED STATES   v.   CARLOS GARRIDO(C)(Spanish Interpreter)**


**Attorney for Plaintiff:      Laura Gwinn**
**Attorney for Defendant:   Eric Hairston**

**Deputy Clerk:** Nichole Heuerman                    **Court Reporter**: Katherine Powell

**Interpreter:** Melinda Basker (Spanish)


### PROCEEDINGS

Trial Setting-Held.  The parties update the court regarding status of discovery.  The majority of discovery was produced last week.  The parties request for a 4 week continuance is denied by the court.  The court will continue the matter for two weeks.  Time is excluded from 3/5/08 to 3/19/08 for effective preparation of counsel. The government to prepare order regarding exclusion of time.


**CASE CONTINUED TO: March 19, 2008 at 1:30 p.m.  for Trial/Motion Setting** .


-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 3/5/18 Ends 3/19/08
-------------------------------------------------------------------------------------------------------------------


**cc:** chambers