# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR 07-754 PJH

---

UNITED STATES OF AMERICA,

V.

CARLOS GARRIDO
a/k/a "Tweety"

DEFENDANT(S).

---

## SUPERSEDING INDICTMENT

Title 18, United States Code, Section 922(g)(5)(A) - Alien in Possession of a Firearm;

Title 8, United States Code, Section 1326 - Deported Alien Found in the United States

---

A true bill.       INDICT

_____
                Foreman

Filed in open court this ___6___ day of
MARCH 2008

KAREN L. HOM

JOSEPH C. SPERO                    Clerk
UNITED STATES MAGISTRATE JUDGE

Bail, $ no pro

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Count One: 18 U.S.C. Sec. 922(g)(5)(A)
Count Two: 8 U.S.C. Sec. 1326

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Count One: 10 yrs prison, $250,000 fine; 3 yrs sup rel; $100 SA
Count Two: 2 yrs prison, $250,000 fine; 1 yr sup rel; $100 SA

**DEFENDANT - U.S.**

▶ CARLOS GARRIDO a/k/a "Tweety"

DISTRICT COURT NUMBER
CR 07 0754 PJH

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☑ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.
CR 07 0754 PJH

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) R. D. Rees

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☑ Yes ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☑ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS GARRIDO,<br>　a/k/a "Tweety,"<br><br>　　　　Defendant. | No. 07 00754 PJH<br><br>VIOLATIONS: Title 18, United States Code, Section 922(g)(5)(A) – Alien in Possession of a Firearm; Title 8, United States Code, Section 1326, Deported Alien Found in the United States<br><br>SAN FRANCISCO VENUE |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE:　　18 U.S.C. § 922(g)(5)(A)

On or about February 25, 2006, in the Northern District of California, the defendant,

CARLOS GARRIDO,
a/k/a "Tweety,"

being an alien illegally and unlawfully in the United States, did knowingly possess a firearm, to wit, a High Standard .22 caliber handgun, Serial No. 1823247, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(5)(A).

COUNT TWO:　　8 U.S.C. § 1326

SUPERSEDING INDICTMENT

| | |
|---|---|
| 1 | On or about February 18, 2008, in the Northern District of California, the defendant, |

CARLOS GARRIDO,
a/k/a "Tweety,"

an alien, having been previously excluded, deported, and removed from the United States to Guatemala, and having subsequently voluntarily returned to and remained in the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for the Department of Homeland Security not having expressly consented to a reapplication by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326.

DATED: MARCH 6-2008

A TRUE BILL.

*[signature]*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*
JAMES T. CHOU
Chief, Organized Crime Strike Force Section

(Approved as to form: _*[signature]*_ )
AUSA REES

SUPERSEDING INDICTMENT                  2