JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    Email: robert.rees@usdoj.gov

LAURA J. GWINN (MDSB)
Trial Attorney, United States Department of Justice

    950 Pennsylvania Ave NW #7651
    Washington, DC 20530
    Telephone: (202) 353-9178
    Facsimile: (202) 307-3944
    Email: laura.gwinn@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07 00754 PJH |
| Plaintiff, | ) | **Line Entering Appearance of Government Attorney** |
| v. | ) | |
| CARLOS GARRIDO, a/k/a "Tweety," | ) | |
| Defendant. | ) | |

    Please enter the appearance of Laura J. Gwinn, Department of Justice Trial Attorney, on behalf of the United States Government.

_____
Laura J. Gwinn

*U.S. v. Garrido*, CR 07 00754 PJH
Line Entering Appearance

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*U.S. v. Garrido*, CR 07 00754 PJH
Line Entering Appearance				2