JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   Email: robert.rees@usdoj.gov

LAURA J. GWINN (MDSB)
Trial Attorney, United States Department of Justice

   950 Pennsylvania Ave NW #7651
   Washington, DC 20530
   Telephone: (202) 353-9178
   Facsimile: (202) 307-3944
   Email: laura.gwinn@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07 00754 PJH |
| ) | |
|    Plaintiff, ) | **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM MARCH 5, 2008 TO MARCH 19, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))** |
| ) | |
| v. ) | |
| ) | |
| CARLOS GARRIDO, ) | |
|    a/k/a "Tweety," ) | |
| ) | |
|    Defendant. ) | |

     Defendant Carlos Garrido appeared before the Court on March 5, 2008. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing on March 19, 2008 at 1:30PM before the Honorable Phyllis J. Hamilton, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from March 5, 2008 to March 19, 2008. The parties agreed, and the Court found and held, as follows:

*U.S. v. Garrido*, CR 07 00754 PJH
Stipulation and Order Excluding Time

1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from March 5, 2008 to March 19, 2008 outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from March 5, 2008 to March 19, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A), (B)(ii), & (B)(iv).

IT IS SO STIPULATED.

DATED: March 5, 2008  
_____/s_____  
LAURA GWINN  
Trial Attorney

DATED: March 5, 2008  
_____/s_____  
ERIC HAIRSTON, ESQ.  
Attorney for Defendant Garrido

IT IS SO ORDERED.

DATED:_____  
_____  
HON. PHYLLIS J. HAMILTON  
United States District Judge

*U.S. v. Garrido*, CR 07 00754 PJH  
Stipulation and Order Excluding Time          2