JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    Email: robert.rees@usdoj.gov

LAURA J. GWINN (MDSB)
Trial Attorney, United States Department of Justice

    950 Pennsylvania Ave NW #7651
    Washington, DC 20530
    Telephone: (202) 353-9178
    Facsimile: (202) 307-3944
    Email: laura.gwinn@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07 00754 PJH |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM MARCH 5, 2008 TO MARCH 19, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| CARLOS GARRIDO, a/k/a "Tweety," | ) | |
| Defendant. | ) | |

Defendant Carlos Garrido appeared before the Court on March 5, 2008. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing on March 19, 2008 at 1:30PM before the Honorable Phyllis J. Hamilton, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from March 5, 2008 to March 19, 2008. The parties agreed, and the Court found and held, as follows:

*U.S. v. Garrido*, CR 07 00754 PJH
Stipulation and Order Excluding Time

1    1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from March 5, 2008 to March 19, 2008 outweigh the best interest of the public and the defendant in a speedy trial.  § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from March 5, 2008 to March 19, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A), (B)(ii), & (B)(iv).

    IT IS SO STIPULATED.

DATED: March 5, 2008                    _____/s_____
                                                          LAURA GWINN
                                                          Trial Attorney

DATED: March 5, 2008                    _____/s_____
                                                          ERIC HAIRSTON, ESQ.
                                                          Attorney for Defendant Garrido

    IT IS SO ORDERED.

DATED: 3/18/08 _____        _____
                                                          HON. _____
                                                          United _____



IT IS SO ORDERED.
Judge Phyllis J. Hamilton

*U.S. v. Garrido*, CR 07 00754 PJH
Stipulation and Order Excluding Time    2