UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date: March 19, 2008**               **JUDGE: Phyllis J. Hamilton**

**Case No: CR-07-0754 PJH**

**Case Name:   UNITED STATES   v.   CARLOS GARRIDO(C)(Spanish Interpreter)**

**Attorney for Plaintiff:    Laura Gwinn**
**Attorney for Defendant:  Eric Hairston**

**Deputy Clerk:** Nichole Heuerman          **Court Reporter**: Joan Columbini

**Interpreter:** Melinda Basker (Spanish)

**PROCEEDINGS**

   Trial Setting-Held.  The parties inform the court that they are in discussions regarding resolution of the case.  The parties request that the matter be continued an additional two weeks to allow for further discussion regarding resolution.  The court grants the continuance but informs the parties that this will be the last continuance.  If no resolution is reached by the next hearing date the court will set a trial date.  Time is excluded from 3/19/08 to 4/2/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO: April 2, 2008 at 1:30 p.m.  for Trial Setting/Change of Plea** .

---

**EXCLUDABLE DELAY:** Category  Begins 3/19/18 Ends 4/2/08

---

**cc:** chambers