JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG  (CABN 190939)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6758
FAX: (415) 436-7234
E-mail: wilson.leung@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00754 PJH |
| Plaintiff, ) ) ) | NOTICE OF ADDITIONAL COUNSEL |
| v. ) ) | |
| CARLOS GARRIDO, ) a/k/a "Tweety," ) ) | |
| Defendant. ) | |

The United States Attorney's Office hereby files this Notice of Additional Counsel to advise the court that Assistant United States Attorney ("AUSA") W.S. Wilson Leung has been added and assigned to this case.  Future ECF notices and court notices should also include AUSA Leung at the email address of  wilson.leung@usdoj.gov.

DATED: March 21, 2008                    Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                         /s/
                                        W.S. WILSON LEUNG
                                        Assistant United States Attorney

NOTICE OF ADDITIONAL COUNSEL, CR 07-00754 PJH