JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7234
    E-Mail: wilson.leung@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARLOS GARRIDO, <br>   a/k/a "Tweety," <br><br> Defendant. | No. CR 07-00754 PJH <br><br> [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM MARCH 19, 2008 TO APRIL 2, 2008 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    Defendant Carlos Garrido appeared before the Court on March 19, 2008. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing on April 2, 2008 at 1:30 PM before the Honorable Phyllis J. Hamilton, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from March 19, 2008 to April 2, 2008. The parties agreed, and the Court found and held, as follows:

//

//

//

[*United States* v. *Garrido*, CR 07-00754 PJH]
[Stipulation and Order Excluding Time]

1.       The defendant sought and agreed to the exclusion of time under the Speedy Trial Act so that defense counsel would have additional time to prepare for this matter as well as to engage in plea discussions with the Government, taking into account the exercise of due diligence.

2.       Given these circumstances, the Court found that the ends of justice served by excluding the period from March 19, 2008 to April 2, 2008 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, in accordance with 18 U.S.C. § 3161(h)(8)(A).

3.       Accordingly, with the consent of the defendant, the Court ordered that the period from March 19, 2008 to April 2, 2008 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(8)(A), (B)(ii) and (B)(iv).

IT IS SO STIPULATED.

DATED:    March 19, 2008

/s/
W.S. WILSON LEUNG
Assistant United States Attorney

DATED:    March 19, 2008

/s/
ERIC MATTHEW HAIRSTON, ESQ.
Attorney for Defendant Carlos Garrido

IT IS SO ORDERED.

DATED:    March ____, 2008

HON. PHYLLIS J. HAMILTON
United States District Judge

[*United States* v. *Garrido*, CR 07-00754 PJH]
[Stipulation and Order Excluding Time]