1    JOSEPH P. RUSSONIELLO (CABN 44332)
     United States Attorney
2
     BRIAN J. STRETCH(CABN 163973)
3    Chief, Criminal Division

4    W.S. WILSON LEUNG (CABN 190939)
     Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-6758
7        FAX: (415) 436-7234
         E-Mail: wilson.leung@usdoj.gov
8
     Attorneys for Plaintiff
9

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,          )    No. CR 07-00754 PJH
                                         )
15          Plaintiff,                   )
                                         )
16   v.                                  )    [PROPOSED] ORDER AND
                                         )    STIPULATION EXCLUDING TIME
17   CARLOS GARRIDO,                     )    FROM MARCH 19, 2008 TO APRIL 2,
         a/k/a "Tweety,"                 )    2008 FROM SPEEDY TRIAL ACT
18                                       )    CALCULATION (18 U.S.C. §
            Defendant.                   )    3161(h)(8)(A))
19   _____

20          Defendant Carlos Garrido appeared before the Court on March 19, 2008.  With the

21   agreement of the parties, and with the consent of the defendant, the Court enters this order

22   scheduling a status hearing on April 2, 2008 at 1:30 PM before the Honorable Phyllis J.

23   Hamilton, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24   3161(h)(8)(A), from March 19, 2008 to April 2, 2008.  The parties agreed, and the Court found

25   and held, as follows:

26   //

27   //

28   //

[*United States* v. *Garrido*, CR 07-00754 PJH]
[Stipulation and Order Excluding Time]

1.    The defendant sought and agreed to the exclusion of time under the Speedy Trial Act so that defense counsel would have additional time to prepare for this matter as well as to engage in plea discussions with the Government, taking into account the exercise of due diligence.

2.    Given these circumstances, the Court found that the ends of justice served by excluding the period from March 19, 2008 to April 2, 2008 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, in accordance with 18 U.S.C. § 3161(h)(8)(A).

3.    Accordingly, with the consent of the defendant, the Court ordered that the period from March 19, 2008 to April 2, 2008 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(8)(A), (B)(ii) and (B)(iv).

IT IS SO STIPULATED.

DATED:    March 19, 2008                    /s/
                                            W.S. WILSON LEUNG
                                            Assistant United States Attorney

DATED:    March 19, 2008                    /s/
                                            ERIC MATTHEW HAIRSTON, ESQ.
                                            Attorney for Defendant Carlos Garrido

IT IS SO ORDERED.

DATED:    March 21, 2008



HON. PHYLLIS J. HAMILTON
United States District Judge



[*United States* v. *Garrido*, CR 07-00754 PJH]
[Stipulation and Order Excluding Time]