UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** April 2, 2008     **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0754 PJH

**Case Name:**  UNITED STATES  v.  CARLOS GARRIDO(C)(Spanish Interpreter)

**Attorney for Plaintiff:**  Wilson Leung
**Attorney for Defendant:**  Eric Hairston

**Deputy Clerk:** Nichole Heuerman     **Court Reporter:** Debra Pas

**Interpreter:** Christina Visus (Spanish)

**PROCEEDINGS**

    Trial Setting-Held.  Defense counsel informs the court that he intends to file a motion to suppress and to sever counts.  The motion shall be filed by 4/4/08; opposition to be filed by 4/16/08; reply to be filed by 4/23/08 with a hearing to be noticed for 4/30/08 at 1:30 p.m.  Time is excluded from 4/2/08 to 4/4/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** April 30, 2008 at 1:30 p.m.  for Motions .

--------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category   Begins 4/2/18 Ends 4/4/08
--------------------------------------------------------------------------------

**cc:** chambers; Wendy