BARRY J. PORTMAN
Federal Public Defender
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Garrido

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS GARRIDO,<br><br>Defendant. | No. CR 07-00754 PJH<br><br>DECLARATION OF ERIC MATTHEW HAIRSTON IN SUPPORT OF MOTION TO SUPPRESS, MOTION REGARDING IMPROPER AND PREJUDICIAL JOINDER<br><br>**Court:** Hon. Phyllis J. Hamilton<br>**Date:** April 30, 2008<br>**Time:** 1:30 p.m. |

I, Eric Matthew Hairston, declare as follows:

I.  I am an Assistant Federal Public Defender for the Northern District of California. I make this declaration in support of Carlos Garrido's Motion to Suppress and Motion Regarding Improper and Prejudicial Joinder. I have knowledge of the facts set forth below and, if called as a witness in this matter, could and would competently testify to them.

II. Attached hereto as Exhibit A is a true and correct copy of the superseding indictment filed in this matter on March 6, 2008.

III. Attached hereto as Exhibit B is a true and correct copy of SFPD Incident Report No. 060 217 552, dated February 25, 2006 and received from the government as discovery in this

1     matter.

2     I declare under penalty of perjury that the foregoing is true and correct. Signed this 4th day of April, 2008 in San Francisco, California.

Dated: April 4, 2008

                                    Respectfully submitted,

                                    BARRY J. PORTMAN
                                    Federal Public Defender

                                            /S/

                                  ERIC MATTHEW HAIRSTON
                                  Assistant Federal Public Defender