# Exhibit A

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

CR 07-754 PJH

---

UNITED STATES OF AMERICA,

V.

CARLOS GARRIDO
a/k/a "Tweety"

DEFENDANT(S).

---

## SUPERSEDING INDICTMENT

Title 18, United States Code, Section 922(g)(5)(A) - Alien in Possession of a Firearm;

Title 8, United States Code, Section 1326 - Deported Alien Found in the United States

---

INDICT

A true bill.

_____
Foreman

Filed in open court this _6_ day of MARCH 2008

KAREN L. HOM
JOSEPH C. SPERO   Clerk
UNITED STATES MAGISTRATE JUDGE

Bail, $ _no proc_

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

Count One: 18 U.S.C. Sec. 922(g)(5)(A)
Count Two: 8 U.S.C. Sec. 1326

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Count One: 10 yrs prison, $250,000 fine; 3 yrs sup rel; $100 SA
Count Two: 2 yrs prison, $250,000 fine; 1 yr sup rel; $100 SA

### DEFENDANT - U.S.

▶ CARLOS GARRIDO a/k/a "Tweety"

DISTRICT COURT NUMBER
CR 07 0754 PJH

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.
CR 07 0754 PJH

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
Joseph P. Russoniello
☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   R. D. Rees

### DEFENDANT

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☒ Yes  ☐ No  } If "Yes" give date filed _____ Month/Day/Year

DATE OF ARREST ▶ _____ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ _____ Month/Day/Year

☒ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS GARRIDO,<br>  a/k/a "Tweety,"<br><br>    Defendant. | No. 07 00754 PJH<br><br>VIOLATIONS: Title 18, United States Code, Section 922(g)(5)(A) – Alien in Possession of a Firearm; Title 8, United States Code, Section 1326, Deported Alien Found in the United States<br><br>SAN FRANCISCO VENUE |

### SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE:       18 U.S.C. § 922(g)(5)(A)

On or about February 25, 2006, in the Northern District of California, the defendant,

CARLOS GARRIDO,
a/k/a "Tweety,"

being an alien illegally and unlawfully in the United States, did knowingly possess a firearm, to wit, a High Standard .22 caliber handgun, Serial No. 1823247, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(5)(A).

COUNT TWO:       8 U.S.C. § 1326

SUPERSEDING INDICTMENT

On or about February 18, 2008, in the Northern District of California, the defendant,

**CARLOS GARRIDO,**
a/k/a "Tweety,"

an alien, having been previously excluded, deported, and removed from the United States to Guatemala, and having subsequently voluntarily returned to and remained in the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for the Department of Homeland Security not having expressly consented to a reapplication by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326.

DATED: MARCH 6, 2008

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
JAMES T. CHOU
Chief, Organized Crime Strike Force Section

(Approved as to form: _____ )
AUSA REES

SUPERSEDING INDICTMENT        2