<u>Exhibit B</u>

# SAN FRANCISCO POLICE DEPARTMENT — INCIDENT REPORT HEADING

**INCIDENT NO.:** 060217552
**ARREST MADE:** ☑  SUSP. KNOWN ☐  SUSP. UNK ☐  NON-SUSP. INCIDENT ☐
**page 1 of 5**

**TYPE OF INCIDENT:** POSSESSION OF A FIREARM IN A VEHICLE, AL
**INITIAL SUPP:** ☑   **CAD NO.:** 06956368
**REPORTING UNIT:** 3D36
**DATE/TIME OF OCCURRENCE:** 2/25/06, 2026 HRS
**DATE/TIME REPORTED TO POLICE:** 2/25/06, 2026 HRS
**RELATED CASE NUMBER(S):**
**LOCATION OF OCCURRENCE:** VALENCIA ST./CUNNINGHAM
**TYPE OF PREMISES:** PUBLIC ST.
**LOCATION SENT TO:** SAME, ON VIEW
**REPORTED TO BUREAU / OPS CENTER (NAME / STAR / DATE / TIME):**

DOMESTIC VIOLENCE ☐  (TYPE WEAPON USED) __  ELDER ABUSE ☐  GANG RELATED ☐  JUVENILE SUBJECT ☐  PREJUDICE BASED ☐

I DECLARE, UNDER PENALTY OF PERJURY, THIS REPORT OF 6 PAGES IS TRUE AND CORRECT, BASED ON MY PERSONAL KNOWLEDGE, OR IS BASED ON INFORMATION AND BELIEF FOLLOWING AN INVESTIGATION OF THE EVENTS AND PARTIES INVOLVED.
**PROP 115 CERTIFIED:** 5 YRS ☐  POST TRAINING ☑
**REPORTING OFFICER (PRINT):** R. SANCHEZ   **STAR:** 7   **SIGNATURE:** B. Sanchez
**STATION:** MISSION   **REPORT REVIEWED BY:** SGT. M. COTA / 1335   **OIC APPROVAL:** Lt. Sharon McNally #98
**WATCH:** 1600/0200
**ASSIGN TO:** 56200   **INCIDENT CODES:** 12010, 12015   **ASSIGNED BY:** R.S. 7
**HOW CLEARED:** 6   **COPIES TO:** DA-2/OR, GTF   **COPY TO:** (MIS)  A☐ B☐ C☐   **ICSS ENTRY:**

RP CODES: F - FOUND; N - NOTIFY; P - PARENT; R - REPORTEE; V - VICTIM; W - WITNESS     RACE CODES: A; B; F; H; I; O; U; W

| CODE | NAME (LAST, FIRST, MIDDLE) / FIRM NAME IF BUSINESS | RACE | SEX | DOB/AGE | RESIDENCE PHONE (DAY/NIGHT) |
|---|---|---|---|---|---|
| R | SANCHEZ 7, GREINER 15A, HYUN 4147, ARGUERO 1958, MCDONNELL 1963, ESPINOZA 1449, NEEVES 587, MANFREDI A193, YOUNG 100, REILLY 1141 | | | | |

**RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO:**
**BUSINESS ADDRESS / NAME OF SCHOOL IF JUVENILE / CITY IF NOT SAN FRANCISCO:**
**EXTENT OF INJURY / TREATMENT:**
**VIOLENT CRIME NOTIFICATION:** YES ☐ NO ☐ N/A ☐   **STAR:**   **FOLLOW-UP FORM:** YES ☐   **STATEMENT:** YES ☐
**OTHER INFORMATION / IF INTERPRETER NEEDED SPECIFY LANGUAGE:**

**SIGNATURE OF PARTY REPORTING MISSING PERSON:**
**293 PC NOTIFICATION (SEX OFFENSE CASE ONLY):** YES ☐
**CONFIDENTIALITY REQUESTED:** YES ☐ NO ☐   **STAR:**   **ADD'L RP'S:** ☐

SUBJECT CODES: A - ADMONISHED; B - BOOKED; C - CITED; D - DETAINED; E - EXONERATED; M - MISSING; S - SUSPECT; X - DIVERTED     RACE CODES: A; B; F; H; I; O; U; W

| CODE | NAME (LAST, FIRST, MIDDLE) | RACE | SEX | DOB/AGE | ALIAS |
|---|---|---|---|---|---|
| B-1 | GARRIDO, CARLOS | H | M | 8/3/85 | |

**HEIGHT:** 5'6"   **WEIGHT:** 140   **HAIR COLOR:** BLK (circled) BLN GRY SANDY RED BRN WHI BALD (circled) UNK   **EYE COLOR:** BLK BLU BRN (circled) MIXED GRN HAZ GRY UNK
**RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO:** 1294 KELSEY ST, RICHMOND CA   **ZIP CODE:**
**HOME / CONTACT PHONE:** ( )   **ID NO. (SOC.SEC./OP. LIC./FBI/CII):**   **SF NO./X NO.:** 611423
**BOOKING SECTIONS / CHARGE #1:** N/W 12025(a)1PC   **CHARGE #2:** N/W 12025(b)3 PC   **CHARGE #3:** N/W 186.22(a) PC   **CHARGE #4:** 4000(a) CVC   **WHERE BOOKED:** COB
**WARRANT #:**   **COURT #:**   **ACTION #:**   **DEPT./ENROUTE TO:**   **CWB CHECK (PRINT NAME / STAR):** THOMAS 633
**WARRANT VIOLATION(S):**   **BAIL:**   **MIRANDIZED:** YES ☐ NO ☑   **STAR:** 7   **STATEMENT:** YES ☐
**CITATION #:**   **CITE VIOLATION(S):**   **DATE/TIME OF APPEARANCE:**   **LOCATION OF APPEARANCE:**
**SCHOOL NAME IF JUVENILE:**   **J #/D #:**   **BOOK/CITE APPROVED BY (PRINT NAME/STAR):**

**M X-RAYS:** YES ☐   **MASS ARREST CODE:**
**OTHER INFORMATION / CITATION / WARRANT / BOOKING CHARGE(S) / MISSING PERSON - SUBJECT DESCRIPTION:**
12500(a) CVC. BLK/WHITE B.B CAP, BLACK JACKET BLUE JEANS & BLACK SHOES
ADMIN CITE # 0017872273
**ADD'L SUBJ.'S:** ☐

PRIVATE PERSON'S ARREST: "ON THIS DATE, I ARRESTED THIS PERSON FOR THE PUBLIC OFFENSE(S) LISTED, COMMITTED IN MY PRESENCE IN SAN FRANCISCO, CALIFORNIA. I DELIVERED THIS PERSON TO THE SFPD AND I WILL SIGN A WRITTEN COMPLAINT CHARGING THIS PERSON WITH THE COMMISSION OF THESE PUBLIC OFFENSES."
SEPARATE PRIVATE PERSON'S ARREST FORM ATTACHED ☐
**NAME (PRINT):**   **SIGNATURE:**

SFPD377 A (6/93)

SAN FRANCISCO POLICE DEPARTMENT — INCIDENT REPORT *PROPERTY LISTINGS*

INCIDENT NO: 060217552

page 2 of 5

PROPERTY CONDITION CODES: D - DAMAGE; E - EVIDENCE; F - FOUND; L - LOST; P - PROPERTY FOR SAFEKEEPING; R - RECOVERED; S - STOLEN

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|---|---|---|---|---|---|
| E-1 | PISTOL | 1 | HI STAND | 10A | |
| SERIAL NO. 1823247 | | CALIBER .22 | COLOR | SEIZED BY (STAR) 1963 | FROM WHERE BEHIND STEREO IN F/T VEHICLE |
| NARCOTICS LAB NO. | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS | | | | |

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|---|---|---|---|---|---|
| E-2 | INDICIA | | | | |
| SERIAL NO. | | CALIBER | COLOR | SEIZED BY (STAR) | FROM WHERE |
| NARCOTICS LAB NO. | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS: COURT INFO W/ B-1 NAME, CHECKBOOK & SMOG TEST INFO OF F/T VEHICLE | | | | |

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|---|---|---|---|---|---|
| E-3 | DISK W/ IMAGES | 1 | | | |
| SERIAL NO. | | CALIBER | COLOR | SEIZED BY (STAR) | FROM WHERE |
| NARCOTICS LAB NO. | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS | | | | |

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|---|---|---|---|---|---|
| E-4 | BANDANA | 1 | | | |
| SERIAL NO. | | CALIBER | COLOR BLUE | SEIZED BY (STAR) 7 | FROM WHERE BACKSEAT OF F/T VEHICLE |
| NARCOTICS LAB NO. | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS | | | | |

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|---|---|---|---|---|---|
| E-5 | BELT | 1 | | | |
| SERIAL NO. | | CALIBER | COLOR BLUE | SEIZED BY (STAR) 15A | FROM WHERE (B-1)'S WAIST |
| NARCOTICS LAB NO. | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS | | | | |

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|---|---|---|---|---|---|
| E-6 | PROPERTY RECEIPT | | | | |
| SERIAL NO. | | CALIBER | COLOR | SEIZED BY (STAR) | FROM WHERE |
| NARCOTICS LAB NO. | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS | | | | |

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|---|---|---|---|---|---|
| | | | | | |
| SERIAL NO. | | CALIBER | COLOR | SEIZED BY (STAR) | FROM WHERE |
| NARCOTICS LAB NO. | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS | | | | |

SFPD377 D (6/93)

SAN FRANCISCO POLICE DEPARTMENT
INCIDENT REPORT VEHICLE / NARRATIVE

INCIDENT NO.: 060217552

page 3 of 5

VEHICLE CODES: B - BOOSTED; D - DAMAGED; F - USED FELONY; T - TOWED; U - USED OTHER; V - VANDALIZED; X - STRIPPED

| CODE | LICENSE PLATE NO. | STATE | REG./YEAR | PLATE TYPE | VIN NO. |
|---|---|---|---|---|---|
| F/A | 5GQR492 | CA | 11/05 | | 1HGCD7157RA000509 |

| VEH YEAR | MAKE | MODEL | STYLE | COLOR | PLATE AND VIN MATCH | PLATES MISSING? |
|---|---|---|---|---|---|---|
| 94 | HONDA | ACCORD | 2 DR | GOLD | YES ☑ NO ☐ | FRONT ☐ REAR ☐ |

CONDITION (CHECK ALL THAT APPLY): APPARENTLY DRIVABLE ☑   BURNED ☐   DAMAGED ☐   STRIPPED ☐

DAMAGE:
POINT OF ENTRY:
CRIME TECHNICIAN NOTIFIED? YES ☐
387 FORM GIVEN TO OWNER? YES ☐
TOW APPROVED BY (NAME / STAR):
TOWED TO (NAME / ADDRESS):
TOW CHECK (NAME / STAR):
HOLD FOR (UNIT):
OTHER INFORMATION:

REGISTERED OWNER (LAST, FIRST, MIDDLE) / FIRM NAME IF BUSINESS: TOVAR, LEXER, A OR RAMIREZ, LESLY, C
RESIDENCE PHONE (DAY / NIGHT):
RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO: 821 34TH AVE OAKLAND
ZIP CODE: 94601
BUSINESS PHONE (DAY / NIGHT):

LIST ALL INVOLVED VEHICLES BEFORE STARTING NARRATIVE:

NARRATIVE:

SFPD377 E (8/93)

SAN FRANCISCO POLICE DEPT. INCIDENT NO : 060 217 552 PAGE 4 OF 5

ON 02/25/06 AT APPROXIMATELY 2026 HRS OFFICER GREINER AND I WERE IN UMARKED VEHICLE TRAVELLING SOUTH ON VALENCIA FROM 19TH STREET. AS WE APPROACHED CUNNINGHAM ALLEY, A GOLD TWO DOOR HONDA BACKED UP FROM THIS ALLEY AND BLOCKED OUR PATH.

THE DRIVER, WHO WAS THE ONLY ONE IN THE VEHICLE, LOOKED AT US AND HIS EYES WIDENED. THE DRIVER, LATER IDENTIFIED AS (B-1 GARRIDO DROVE SOUTH ON VALENCIA FOR A FEW FEET AND WE NOTICED THAT THE REGISTRATION ON THE VEHICLE WAS EXPIRED (CALIF. PLATE 5GQR492).

GARRIDO THEN MADE A U-TURN AND LOOKED AT US AS HE DROVE NORTH ON VALENCIA. I ASKED OUR DISPATCHER FOR A MARKED UNIT TO EFFECT A TRAFFIC STOP AND TO CITE (B-1) GARRIDO FOR THE EXPIRED REGISTRATION. GARRIDO DROVE EAST ON 19TH STREET, THEN SOUTH ON MISSION.

GARRIDO THEN WENT EAST ON 20TH STREET AND BEFORE A MARKED UNIT ARRIVED, HE PULLED INTO A LAUNDROMAT'S PARKING LOT AND TURNED OFF HIS CAR AND EXITED IT. WE MADE CONATACT WITH GARRIDO AND I ASKED HIM IF THE VEHICLE WAS HIS AND HE REPLIED "NO".

I ASKED GARRIDO IF HE HAD A DRIVERS' LICENSE AND AGAIN HE REPLIED "NO". I ASKED GARRIDO IF HE HAD ANY IDENTIFICATION AND HE SAID "NO". WE PLACED GARRIDO UNDER ARREST FOR 12500(A) CVC.

I ASKED GARRIDO WHERE WERE THE KEYS TO THE VEHICLE AND HE SAID "YOU CAN'T SEARCH MY CAR, I WASN'T EVEN DRIVING, YOU CAN'T PULL ME OVER BECAUSE YOU DON'T HAVE A POLICE CAR".

AT THIS TIME, 3D11D, OFFICER HYUN# 4147, OFFICER ARQUERO# 1963, 3D36, OFFICER MCDONNELL# 1963, OFFICER Espinoza# 4149, 3D13D OFFICER NEVES# 587, OFFICER MANFREDI # 4193 ALONG WITH OFFICER REILLY# 1141 AND OFFICER YOUNG# 100 ARRIVED TO ASSIST US. I CHECKED GARRIDO'S RIGHT FRONT PANTS' POCKET AND SEIZED THE KEYS THAT FIT THE (F/T)VEHICLE.

OFFICER MCDONNELL INFORMED ME THAT GARRIDO WAS A "MS" GANG MEMBER AND WENT BY THE MONIKER "TWEETY". OFFICER MCDONNELL ALSO TOLD ME THAT HE HAD ARRESTED SOME "MS" GANG MEMBERS IN THE PAST (SEE CASE # 051 134 145) AND THAT THESE GANG MEMBERS HIDE THEIR GUNS UNDER THE DASHBOARD.

SAN FRANCISCO POLICE DEPT. INCIDENT 060 217 552 PAGE 5 OF 5

DUE TO GARRIDO'S ACTIONS AND BEHAVIOR AND THE FACT HE'S AN "MS" GANG MEMBER, WE DROVE GARRIDO'S VEHICLE TO MISSION STATION.

OFFICER MCDONNEL LOOKED BEHIND GARRIDO'S VEHICLE STEREO AND RECOVERED A (E-1) 22. CALIBER PISTOL. I RECOVERED INDICIA ( E-2) A CHECK BOOK, COURT INFORMATION AND A SMOG RECEIPT ALL WITH GARRIDO'S NAME ON THEM INSIDE THE VEHICLE. I ALSO SEIZED A ( E-4) BLUE BANDANA, USED BY "SURENOS" FROM THE BACK SEAT OF GARRIDO'S VEHICLE.

AT MISSION STATION OFFICER GREINER SEIZED A (E-5) BLUE BELT FROM GARRIDO'S WAIST. OFFICER GREINER GAVE GARRIDO A (E-6) RECEIPT FOR THE (E-4) AND (E-5). OFFICER GREINER ALSO TOOK( E-3) IMAGES OF SEIZED PISTOL AND THE GARRIDO'S VEHICLE. GARRIDO WAS ADMINISTATIVELY CITED FOR 12500 (A) CVC AND 4000 (A) CVC. GARRIDO WAS BOOKED FOR THE LISTED CHARGES.

WE CONTACTED CRIME SCENES INVESTIAGTION AND INSPECTOR SHOULDICE 2054 RESPONDED AND TOOK CUSTODY OF THE (E-1) PISTOL. OFFICER GREINER BOOKED (E-2) THROUGH (E-6) AT MISSION STATION. GARRIDO'S VEHICLE WAS TOWED FROM THE STATION.