JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6758
   FAX: (415) 436-7234

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00754 PJH |
| v. | DECLARATION OF W.S. WILSON LEUNG |
| CARLOS GARRIDO, a/k/a "Tweety," | |
| Defendant. | Hearing: April 30, 2008<br>Time: 1:30 pm<br>Court: Honorable Phyllis J. Hamilton |

I, W.S. WILSON LEUNG, hereby declare and state the following:

1.    I am an Assistant United States Attorney in the Office of Joseph P. Russoniello, United States Attorney for the Northern District of California. I respectfully make this declaration in support of the Government's Opposition to the motion to suppress physical evidence and for severance that was filed by defendant Carlos Garrido on April 4, 2008.

2.    Attached as Exhibit A to this Declaration is a true and correct copy of an Immigration and Customs Enforcement memorandum dated March 1, 2006 relating to Carlos Garrido, who is referenced by the alias "Felipe Vasquez-Ramirez," as well as a copy of two pages from a fraudulent United States passport bearing Garrido's photograph and the name

1  "Felipe Vinicio Vasquez Ramirez."

2       3.      Attached as Exhibit B to this Declaration is a true and correct copy of the March
3  22, 2006 removal warrant for Carlos Garrido.

4       4.      The above-referenced documents were previously produced to Carlos Garrido as
5  discovery.

6       5.      In addition, the Government also respectfully submits, separate from this
7  Declaration, the Declaration of Dion McDonnell, which has its own attached Exhibits A through
8  E, in support of the Government's Opposition.

9       Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury
10 that the foregoing is true and correct.

11

12 DATED:    April 16, 2008                    _____/s/_____
                                               W.S. WILSON LEUNG
13                                             Assistant United States Attorney

*United States v. Garrido*, CR 07 00754 PJH
Declaration of W.S. Wilson Leung