# Exhibit A

U.S. Department of Homeland Security
630 Sansome Street
San Francisco, California 94111



U.S. Immigration
and Customs
Enforcement

March 1, 2006

MEMORANDUM FOR: Service File (A78 958 114)

FROM: Deo P Jubilo
Immigration Enforcement Agent
San Francisco, California

SUBJECT: VASQUEZ-RAMIREZ, Felipe

SUBJECT came to the attention of this Agent on February 27, 2006, pursuant to his detention by the San Francisco Police Department.

SUBJECT is a 24 year-old, male, native and citizen of Guatemala, who last entered the United States on November 5, 2002 at Hidalgo, Texas. Subject was ordered deported by an Immigration Judge on September 30, 2003.

Subject was arrested by the San Francisco Police Department for unlawful to drive without valid license in violation of 12500 of California Vehicle Code.

SUBJECT is identified in CII (A27065906), FBI (822094XB6) and by the SFPD (2256393).

CG-0094

Este pasaporte consta de 32 páginas / This passport contains 32 pages

OBSERVACIONES / OBSERVATIONS

**UNITED STATES OF AMERICA** 



| | |
|---|---|
| Issuing Post Name | Control Number |
| GUATEMALA CITY | 200223147391819 |
| Surname | |
| VASQUEZ RAMIREZ | |
| Given Name | Visa Type/Class |
| FELIPE VINICIO | R   B1/B2 |
| Passport Number   Sex | Birth Date   Nationality |
| 000076528   M | 05SEP1981   GUAT |
| Entries   Issue Date | Expiry Date |
| M   30JUL2002 | 29JUL2007 |
| Annotation | 0110 |

VNGTMVASQUEZ<RAMIREZ<<FELIPE<VINICIO<<<<<<<<
0000765285GTM8109051M0207304OB310FCC2D649647

CG-0087