# Exhibit  B

To be completed by Service officer executing the warrant:
Name of alien being removed:

CORDON-Garrido, Carlos Humberto

Port, date, and manner of removal: _____



Photograph of alien
Removed



Right index fingerprint
of alien removed

_____
(Signature of alien being fingerprinted)

_____ 3170 DSA
(Signature and title of INS official taking print)

CHANDLER ARIZONA
WILLIAMS GATEWAY AIRPORT
DATE    3-22-06
VIA JPATS

Departure witnessed by: _____ JEA 1821 _____
(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____
_____

If self-removed (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of INS official)

Form    CG-0004