# Exhibit D

| | |
|---|---|
| RECEIVED FROM CARRID, CARLOS | DATE 02-25-06 | CASE NUMBER 060 211 552 |

ITEM(S)
1. (1) BLUE BELT & 4" BUCKLE
2. (1) BLUE BANDANA
3.
4.
5.
6.
7.
8.
9.
10.
11.

OFFICER ACCEPTING PROPERTY (SIGNATURE) G. REINER #COBIN

WITNESS (SIGNATURE)

RECEIVED/ISSUED BY (SIGNATURE)

PROPERTY RECEIPT FORM
San Francisco Police Department

SFPD-315 (REV.06/99)