# Exhibit E

04/10/2008  14:41    4155531573                DPT ENFORCEMENT                          PAGE  01/01

Atts: Sgt McDonnell
533 x 9210

| | | | | | | |
|---|---|---|---|---|---|---|
| 5CQR492 | | 1HGCD7157RA000509 | 94 | HONDA | 02 25 06 | 2305 |
| ACCORD | 4DR | BEIGE | 12500(A) | 001787273 | | 060217552 |
| 630 VALENCIA | | SFPD | | | | |
| 630 VALENCIA | | AUTO RETURN | | ME | | 6A81980 |

Property inventory: CAR STEREO, MISC CD'S, MISC CLOTHING, MISC PAPERS

Officer: GREINER  154  D
HOLD FOR: STOP

From