UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** April 30, 2008                                         **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0754 PJH

**Case Name:**   UNITED STATES   v.   CARLOS GARRIDO(C)(Spanish Interpreter)

**Attorney for Plaintiff:**   Wilson Leung
**Attorney for Defendant:**   Eric Hairston

**Deputy Clerk:**  Nichole Heuerman                     **Court Reporter**: Joan Columbini

**Interpreter:** Melinda Basker (Spanish)

**PROCEEDINGS**

Defendant's Motion to Suppress-DENIED as stated on the record.

Defendant's Motion Re: Improper and Prejudicial Joinder-GRANTED as stated on the record.

**CASE CONTINUED TO: May 14, 2008 at 1:30 p.m.  for Trial Setting**.

**cc:** chambers