UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** May 14, 2008     **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0754 PJH

**Case Name:** UNITED STATES v. CARLOS GARRIDO(C)(Spanish Interpreter)

**Attorney for Plaintiff:** Wilson Leung
**Attorney for Defendant:** Eric Hairston

**Deputy Clerk:** Nichole Heuerman     **Court Reporter:** Debra Pas

**Interpreter:** Melinda Basker (Spanish)

**PROCEEDINGS**

    Trial Setting-Held. The courts hold a portion of the hearing out of the presence of government counsel and under seal. The speedy trial deadline is 7/10/08. The court sets a Jury Trial date of 6/23/08 at 8:30 a.m. for 4 days and a Pretrial Conference date of 6/4/08 at 1:30 p.m. The court will go forward with the weapons charge first and the illegal entry charge will follow. Time is excluded from 5/14/08 through 6/4/08 for effective preparation of counsel. The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** Jun 4, 2008 at 1:30 p.m. for Pretrial Conference.
                            June 23, 2008 at 8:30 p.m. for Jury Trial (4 days).

**cc:** chambers