JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07 00754 PJH |
| v. | |
| CARLOS GARRIDO, <br>   a/k/a "Tweety," <br><br>     Defendant. | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM MAY 14, 2008 TO JUNE 23, 2008 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) and (B)) |

    Defendant Carlos Garrido appeared at a status conference before the Court on May 14, 2008, at which trial on Count One of the above-referenced indictment was scheduled for June 23, 2008. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B), from May 14, 2008 to June 23, 2008. The parties agreed, and the Court found and held, as follows:

//

//

//

//

[*United States* v. *Garrido*, CR 07 00754 PJH]
[Stipulation and Order Excluding Time]

1.     The defendant sought and agreed to the exclusion of time under the Speedy Trial Act so that defense counsel would have additional time to prepare for the trial of this matter, as well as to engage in plea discussions with the Government about both counts of the Indictment, taking into account the exercise of due diligence.

2.     Given these circumstances, the Court found that the ends of justice served by excluding the period from May 15, 2008 to June 23, 2008 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial by allowing for the defense to prepare effectively as well as to pursue plea discussions with the Government, in accordance with 18 U.S.C. § 3161(h)(8)(A) and (B).

3.     Accordingly, with the consent of the defendant, the Court ordered that the period from May 15, 2008 to June 23, 2008 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B).

IT IS SO STIPULATED.

DATED:    May 15, 2008

                                                         /s/
                                         W.S. WILSON LEUNG
                                       Assistant United States Attorney

DATED:    May 15, 2008

                                                   /s/
                                       ERIC MATTHEW HAIRSTON, ESQ.
                                     Attorney for Defendant Carlos Garrido

IT IS SO ORDERED.

DATED:    May ____, 2008

                                       HON. PHYLLIS J. HAMILTON
                                     United States District Judge