JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7359
Fax: (415) 436-7234
Email: denise.barton@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CARLOS GARRIDO,<br>a/k/a "Tweety,"<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CR 07-00754 PJH<br><br><br>NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Denise M. Barton, Assistant United States Attorney ("AUSA"), as additional counsel of record representing the United States of America. The Clerk is requested to change the docket

sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be additionally directed to AUSA Denise M. Barton at the above mailing address, telephone number, facsimile number, and e-mail address.

Please continue to serve the United States of America through W.S. Wilson Leung as well as Denise M. Barton, who joins as counsel for the United States for this matter.

DATED: May 16, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Denise Barton
DENISE M. BARTON
Assistant United States Attorney