1  BARRY J. PORTMAN
   Federal Public Defender
2  ERIC MATTHEW HAIRSTON
   Assistant Federal Public Defender
3  450 Golden Gate Avenue, 19th Floor
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant Garrido

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-00754 PJH |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER AND STIPULATION VACATING TRIAL DATE AND PRETRIAL FILING DEADLINES AND SETTING CHANGE OF PLEA HEARING FOR MAY 28, 2008 |
| v. | |
| CARLOS GARRIDO, | |
| Defendant. | |

The undersigned parties stipulate as follows:

1. Trial of Count One of the indictment in the above-referenced matter is currently scheduled to begin on June 23, 2008.

2. The parties have met and conferred and have agreed upon a tentative resolution of both counts set forth in the indictment. However, the parties require a brief period of time to finalize the terms of a plea agreement pursuant to which a plea will be entered.

3. The parties thus jointly request that the June 23, 2008 trial date and all related pretrial filing deadlines be vacated and that this matter be scheduled for a change of plea hearing on May 28, 2008 at 1:30 p.m., or at such other time as the Court's schedule permits.

IT IS SO STIPULATED.

1  DATED: May 20, 2008                              /s/
                                                    ─────────────────────────
2                                                   W.S. WILSON LEUNG
                                                    Assistant United States Attorney
3

4  DATED: May 20, 2008                              /s/
                                                    ─────────────────────────
                                                    ERIC MATTHEW HAIRSTON
5                                                   Attorney for Defendant

6

7  DATED: May 20, 2008                         x  ─────────────────────────
                                                    CARLOS GARRIDO
8

9                          INTERPRETER CERTIFICATION

10     I, _____, hereby certify that I am a certified Spanish interpreter and

11  that I accurately translated this stipulation and proposed order to the defendant, he told me that he

12  understood it, and I believe his/her answer was true and correct.

13

14     Dated: _____                      ─────────────────────────
15                                                  Interpreter's signature

16                              [PROPOSED] ORDER

17         With the agreement of the parties, and with the consent of the defendant, the Court

18  enters this order (1) vacating the June 23, 2008 trial date and all related pretrial deadlines; and (2)

19  scheduling this matter for change of plea on May 28, 2008.

20

21                              IT IS SO ORDERED

22

23

24  DATED:_____                          ─────────────────────────
                                                    THE HON. PHYLLIS HAMILTON
25                                                  United States District Judge

26

27

28

                                        1

| | | |
|---|---|---|
| 1 | DATED: May 20, 2008 | /s/ |
| 2 | | W.S. WILSON LEUNG |
| | | Assistant United States Attorney |

DATED: May 20, 2008

/s/
ERIC MATTHEW HAIRSTON
Attorney for Defendant

DATED: May 20, 2008

CARLOS GARRIDO

### INTERPRETER CERTIFICATION

I, David Sweet-Cordero, hereby certify that I am a certified Spanish interpreter and that I accurately translated this stipulation and proposed order to the defendant, he told me that he understood it, and I believe his/her answer was true and correct.

Dated: 5/20/08

Interpreter's signature

### [PROPOSED] ORDER

With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) vacating the June 23, 2008 trial date and all related pretrial deadlines; and (2) scheduling this matter for change of plea on May 28, 2008.

### IT IS SO ORDERED

DATED: 5/21/08

THE HON. PHYLLIS HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1