UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** May 28, 2008   **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0754 PJH

**Case Name:** UNITED STATES v. CARLOS GARRIDO(C)(Spanish Interpreter)

**Attorney for Plaintiff:** Drew Caputo for Wilson Leung
**Attorney for Defendant:** Eric Hairston

**Deputy Clerk:** Nichole Heuerman    **Court Reporter:** Juanita Gonzalez

**Interpreter:** Melinda Basker (Spanish)

**PROCEEDINGS**

Status/Change of Plea-Held. Defense counsel informs the court that more time is needed to review the plea agreement with his client. Defense counsel's request for an additional two weeks is denied by the court. The court will grant a one week continuance. The court informs the parties that if the defendant does not enter a guilty plea at the next hearing the trial date that was previously vacated will go forward on June 23, 2008 with a pretrial conference to be held on June 18, 2008.

**CASE CONTINUED TO:**   June 4, 2008 at 1:30 p.m. for **Change of Plea**.
June 18 , 2008 at 1:30 p.m.  for **Pretrial Conference**.
June 23, 2008 at 8:30 p.m. for **Jury Trial (4 days)**.

**cc:** chambers