UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Date: June 4, 2008    JUDGE: Phyllis J. Hamilton

Case No: CR-07-0754 PJH

Case Name:   UNITED STATES  v.  CARLOS GARRIDO(C)(Spanish Interpreter)


Attorney for Plaintiff:    Wilson Leung
Attorney for Defendant:  Eric Hairston

Deputy Clerk: Nichole Heuerman          Court Reporter: Kelly Bryce

Interpreter: Melinda Basker (Spanish)

PROCEEDINGS

Change of Plea-Held. The defendant is sworn. The plea agreement is signed and filed in court. The court finds the defendant to be fully competent and capable of entering into and informed plea. The plea is knowing and voluntary. The court finds a factual basis for the plea. The defendant enters a plea of guilty as to counts one and two of the Indictment. The court accepts the plea. The defendant is adjudge guilty of the offenses. The defendant is referred to probation to conduct a presentence investigation.

The pretrial conference and trial date are vacated.


**CASE CONTINUED TO:**   August 27, 2008 at 1:30 p.m. for Sentencing.


**cc:** chambers