# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket Number: CR 07-0754-01 PJH |
| vs. ) | |
| Carlos Garrido ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___August 27, 2008___ be continued until ___November 12, 2008___ at ___1:30 p.m.___.

Date: JUL 1 1 2008

The Honorable Phyllis J. Hamilton
United States District Judge

NDC-PSR-009 12/06/04